IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bee Creek Photography,<br><br>           Plaintiff,<br><br>v.<br><br>Ziff Davis,<br><br>           Defendant. | Case No: 1:23-cv-07658-DLC |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: November 1, 2023

                                            **SANDERS LAW GROUP**

                                            By: */s/ Jacqueline Mandel*
                                            Jacqueline Mandel, Esq.
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: jmandel@sanderslaw.group
                                            File No.: 126738
                                            *Attorneys for Plaintiff*

*So ordered.*

*[signature]*
11/2/23